

Monday, December 16, 2013

No. 14–0073/AR. U.S. v. Jose A. Guzman–Bonano. CCA 20120011. Appellee's motion to file a 10–day answer letter out of time is denied.

Tuesday, December 17, 2013

